UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE GOODBAR,<br><br>   Plaintiff,<br><br>   v.<br><br>PHILLIP SEIPPEL, *et al.*,<br><br>   Defendants. | Case No. 2:22-cv-00006-JDP (PC)<br><br>ORDER DISCHARGING THE APRIL 13, 2022 ORDER TO SHOW CAUSE<br><br>ECF No. 4 |

Since plaintiff has filed an application to proceed *in forma pauperis*, ECF No. 5, the court discharges its April 13, 2022 order to show cause, ECF No. 4. The court will review plaintiff's application to proceed *in forma pauperis* and screen the complaint in due course.

IT IS SO ORDERED.

Dated:   April 27, 2022                              _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE

1