UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE GOODBAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHILLIP SEIPPEL, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:22-cv-00006-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>ECF No. 9<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff, a state prisoner proceeding without counsel, filed this action alleging that prison officials and a CIA analyst were deliberately indifferent to his serious medical needs. ECF No. 1. Before the court had an opportunity to screen his complaint, plaintiff filed a motion to amend his complaint. ECF No. 9. The motion explains that plaintiff wants to add an additional defendant. *Id*. Plaintiff's motion to amend the complaint is granted.

　　　　Plaintiff is warned that his first amended complaint may only include claims that are related to those contained in his original complaint; unrelated claims against multiple defendants belong in separate suits. He is also reminded that the amended complaint will supersede the current complaint. *See Lacey v. Maricopa Cnty.*, 693 F. 3d 896, 907 n.1 (9th Cir. 2012) (en banc). Accordingly, plaintiff's first amended complaint must be complete on its face without

reference to the prior pleading.  *See* E.D. Cal. L.R. 220.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to amend complaint, ECF No. 9, is granted.

2. Plaintiff shall file a first amended complaint within thirty days of the date of this order.

IT IS SO ORDERED.

Dated:   June 10, 2022                                     _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE

2