UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE GOODBAR,<br><br>             Plaintiff,<br><br>     v.<br><br>PHILLIP SEIPPEL, *et al.*,<br><br>             Defendants. | Case No. 2:22-cv-00006-WBS-JDP (PC)<br><br>ORDER VACATING THE JULY 8, 2022 FINDINGS AND RECOMMENDATIONS<br><br>ECF No. 14 |

On June 10, 2022, I granted plaintiff thirty days to file an amended complaint. ECF No. 11. Before plaintiff's deadline expired, on July 8, 2022, I recommended that this action be dismissed for failure to state a claim. ECF No. 14. Given that I recommended plaintiff's complaint be dismissed before the thirty-day deadline, the July 8, 2022 findings and recommendations will be vacated.

Accordingly, it is hereby ORDERED that:

1. The July 8, 2022 findings and recommendations, ECF No. 14, are vacated.

2. Plaintiff shall file an amended complaint within thirty days of the date of this order.

3. The Clerk of Court is directed to send plaintiff the court's form for filing a civil rights action.

1

IT IS SO ORDERED.

Dated: __November 29, 2022__

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE