UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE GOODBAR,<br><br>  Plaintiff,<br><br>  v.<br><br>PHILLIP SEIPPEL, et al.,<br><br>  Defendants. | Case No.  2:22-cv-00006-WBS-JDP (PC)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 22, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 22, 2023, are adopted in full;

2. Plaintiff's amended complaint, ECF No. 21, is dismissed without leave to amend for failure to state a claim; and

3. The Clerk of Court is directed to close this case.

Dated: March 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE